**STATE of Missouri, Respondent,**

v.

**Robert E. NELSON, Appellant.**

**No. WD 36561.**

Missouri Court of Appeals,
Western District.

March 18, 1986.

Lee M. Nation, Kansas City, for appellant.

William L. Webster, Atty. Gen., John M. Morris, Asst. Atty. Gen., Jefferson City, for respondent.

Before LOWENSTEIN, P.J., and TURNAGE and BERREY, JJ.

ORDER

PER CURIAM:

Appeal from jury trial convictions of robbery in the first degree, § 569.020.1(2), RSMo 1978, and armed criminal action, and consecutive ten-and three-year terms of imprisonment.

Judgment affirmed. Rule 30.25(b).

**STATE ex rel. Thomas JACKSON, Respondent,**

v.

**Joseph DALBA, Jr., Appellant.**

**No. 49243.**

Missouri Court of Appeals,
Eastern District,
Division Two.

March 18, 1986.

James M. Martin, John Malec, St. Louis, for appellant.

John D. Evans, Michael J. Smith, Asst. Pros. Attys., Robert G. O'Blennis, Clayton, for respondent.

ORDER

PER CURIAM.

Joseph Dalba appeals from a judgment declaring his 1982 Ford van forfeited to the state in an action brought under § 195.145, RSMo 1978. No jurisprudential purpose would be served by an extended opinion. The parties have been furnished with a memorandum for their information only setting forth the reasons for this order. Judgment affirmed pursuant to Rule 84.-16(b).